# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-01133-CJC<br>SACR 03-00101-CJC | Date | March 6, 2008 |
|---|---|---|---|
| Title | Cuong Ky Au v. United States of America | | |

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Nancy K. Boehme | None | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS) ORDER DENYING DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255.

     Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED for substantially the same reasons stated in the Government's opposition filed February 1, 2008.  Any request for a certificate or appealability is DENIED because Defendant has not made, and cannot make, a substantial showing of the denial of a constitutional right.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | nkb | | |